UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TONY PENWELL,

              Plaintiff,

v.

CHERYL STRANGE, et al.,

              Defendants.

Case No. 2:21-cv-00975-MJP-TLF

REPORT AND RECOMMENDATION

Noted for September 10 2021

This matter comes before the Court on plaintiff's filing of a motion to withdraw his complaint. Dkt. 6.

On July 20, 2021, plaintiff filed an application to proceed *in forma pauperis* ("IFP"), together with a proposed complaint and motion for temporary restraining order ("TRO"). Dkt. 1. The Clerk informed plaintiff of a defect in his IFP application, which plaintiff corrected on August 4, 2021. Dkt. 5. The Court has not yet ruled on plaintiff's IFP application and the proposed complaint has not yet been served on defendants. On August 17, 2021, plaintiff filed a motion to withdraw his proposed complaint. Dkt. 6. The Court construes plaintiff's motion as seeking voluntary dismissal pursuant to Fed. R. Civ. P. 41(a).

Pursuant to Federal Rule of Civil Procedure 41(a)(1), a plaintiff may voluntarily dismiss an action without prejudice by filing a notice of dismissal before the defendant serves an answer or motion for summary judgment. However, if the plaintiff has

REPORT AND RECOMMENDATION - 1

previously dismissed any federal or state court action based on or including the same claim, the notice of dismissal operates as an adjudication on the merits. Fed. R. Civ. P. 41(a)(1)(B).

Plaintiff requested dismissal prior to service of the complaint; there has therefore been no answer or motion brought in response to the complaint. The Court has not found any previously dismissed action by plaintiff based on the same claim. Therefore, the Court recommends that plaintiff's motion for voluntary dismissal (Dkt. 6) be granted, and this matter dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The Court further recommends that plaintiff's motion to proceed IFP (Dkt. 5) and his proposed motion for TRO (Dkt. 1-2) be denied as moot.

The parties have **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *see also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **September 10, 2021**, as noted in the caption.

Dated this 24th day of August, 2021.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2