UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TONY PENWELL,<br><br>                Plaintiff,<br><br>    v.<br><br>CHERYL STRANGE, et al.,<br><br>                Defendants. | CASE NO. C21-975 MJP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Theresa L. Fricke, United States Magistrate Judge, and the remaining record, and taking note that no objections to have been filed, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's motion for voluntary dismissal (Dkt. 6) is GRANTED and this matter is DISMISSED without prejudice;

(3) Plaintiff's motions for a temporary restraining order (Dkt. No. 1) and to proceed in forma pauperis (Dkt. 5) are DENIED as moot; and

(4) The Clerk shall close this case.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1  Dated September 15, 2021.

2

3  Marsha J. Pechman
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2